# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWARD JEROME HARBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0409 |
| | ) | Judge Trauger |
| EVELYN THOMPSON, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The plaintiff has filed a "Motion in Opposition of Order For Appointment of Counsel" (Docket No 47), which the court will construe as an objection to the Magistrate Judge's Order denying his request for appointment of counsel (Docket No. 44). Because this ruling is upon a non-dispositive matter, this court may only modify or set aside the Magistrate Judge's ruling if it is found to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A) and Rule 72(a), FED. R. CIV. P.

The court does not find that the Magistrate Judge's denial of appointed counsel to Mr. Harbison is clearly erroneous or contrary to law, particularly where Mr. Harbison has been functioning as a "legal assistant" to other prisoners at the facility where he is housed. Mr. Harbison will be at an advantage in representing himself in this case, as he has been attempting to function as counsel for other inmates.

The plaintiff's objection is **OVERRULED**.

It is so **ORDERED.**

Enter this 11th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge