*ORDER:*

*Motion granted.*

*John Bryant*
*USMJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD JEROME HARBISON, ) | |
| Plaintiff, ) | |
| v. ) | No. 14-cv-00409 |
| ) | |
| EVELYN THOMPSON, et al., ) | |
| Defendants. ) | |

## DEFENDANTS BEAN AND CARPENTER'S REQUEST FOR LEAVE TO FILE A REPLY TO RESPONSE TOMOTION TO DISMISS

Pursuant to Local Rule 7.01, defendants Bean and Carpenter respectfully seek leave of the Court to file a reply to the plaintiff's response to their motion to dismiss. The proposed reply accompanies the request.

Respectfully submitted,

ROBERT E. COOPER, JR. BPR 010934
Attorney General and Reporter

/s/ Pamela S. Lorch
PAMELA S. LORCH BPR 8968
Senior Counsel
Attorney General's Office
PO Box 20207
Nashville, TN 37202
(615) 532-2500

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further certify that a true copy of the foregoing was furnished by U.S. mail, postage prepaid, this 7th day of August, 2014 to:

Edward Jerome Harbison #108926
RMSI
7475 Cockrill Bend Blvd.
Nashville, TN 37209-1048

/s Pamela S. Lorch
PAMELA S. LORCH