IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
SEP 0 8 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

EDWARD JEROME HARBISON, )
)
Plaintiff, )
)
vs. ) Civil No: 3-14-cv-00409
) Judge Trauger
EVELYN THOMPSON, et al., ) Magistrate Judge Bryant
)
Defendants. )

ORDER: Plaintiff's request for leave to file is granted.

John Bryant
US MJ

PLAINTIFF EDWARD JEROME HARBISON'S REQUEST FOR LEAVE TO FILE A REPLY TO
DEFENDANTS BEAN AND CARPENTER'S REQUEST FOR LEAVE TO FILE A REPLY TO RESPONSE
TO MOTION TO DISMISS

Comes now Edward Jerome Harbison, Pro se, Plaintiff, and respectfully moves this Honorable Court for "Leave To File A Reply To Defendants Bean and Carpenter's Request For Leave To File A Reply To Response To Motion To Dismiss" pursuant to LR7.01(b), to file a reply to the Defendant's response to their motion to dismiss, (Doc. 86), filed 08/08/14 page 1 of 1 page ID#: 705, Case 3:14-cv-00409. See Plaintiff's proposed reply to the Defendants' Request For Leave To File A Reply To Response To Motion To Dismiss, that accompanies the request.

Date: Aug 18, 2014

Edward Jerome Harbison
Edward Jerome Harbison, #108926
Pro se, Plaintiff
RMSI, Unit-6, B-Pod, Cell-115
7475 Cockrill Bend Boulevard
Nashville, Tennessee 37209-1048

DECLARATION IN COMPLIANCE WITH 28 U.S.C. § 1746

Executed on August 18th 2014.